

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| IN RE: THE STATE OF TEXAS, | § | No. 08-16-00106-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |

**O R D E R**

The Court GRANTS the Real Party in Interest's second motion for extension of time within which to file the response until **November 30, 2016**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE REAL PARTY IN INTEREST'S RESPONSE TO RELATOR'S PETITION FOR WRIT OF MANDAMUS WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jim Darnell, the Real Party in Interest's Attorney, prepare the response and forward the same to this Court on or before November 30, 2016.

IT IS SO ORDERED this 25th day of October, 2016.

PER CURIAM

Before McClure, C.J., Rodriguez and Hughes, JJ.